**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>Endobotics LLC</u>

    Plaintiff                                                                                          1:20-cv-10742-FDS

<u>Larovere Companies, Inc. et al</u>

    Defendant                    **NOTICE OF DEFAULT**

    Upon application of the Plaintiffs, _____Endobotics LLC_____ for an order of Default for failure of the Defendant, _____Medrobotics Corporation_____, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this __5th__ of _____June_____, __2020__.

    ROBERT M. FARRELL
    CLERK OF COURT

By:   /s/ Taylor Halley_____
       Deputy Clerk