UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ENDOBOTICS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:20-cv-10742-FDS |
| | ) | |
| DESIGN STANDARDS CORPORATION, | ) | DEMAND FOR JURY TRIAL |
| and MEDROBOTICS CORPORATION | ) | |
| Defendants, | ) | |
| | ) | |

## MOTION TO EXTEND TIME

Defendant, Design Standards Corporation, ("Design Standards"), by and through its undersigned counsel, requests a forty-five (45) day extension to respond to Plaintiff's, Endobotics, LLC ("Endobotics"), Complaint (ECF Doc. 1).

The firm Lambert Shortell & Connaughton, specifically attorneys Gary E. Lambert and Brendan M. Shortell, were just retained to be lead counsel by Design Standards on July 11, 2020. Notices of Appearance for Mr. Shortell and Mr. Lambert were filed July 13, 2020 (ECF Docs. 25 and 26). The current deadline for Design Standards to respond to Plaintiff's Complaint is July 15th.

Design Standards requests additional time so that newly retained lead counsel can get up to speed on the proceeding and be able to properly consult with counsel in order to fully and adequately respond to the Plaintiff's Complaint. Design Standards does not interpose this Motion for purposes of delay, but rather seeks only the time necessary to adequately respond in the interests of justice. Nothing requested in this Motion will interfere with any other pending deadlines in this proceeding.

No memorandum is required pursuant to Local Rule 7.1(a)(2) because the relief lies with the sound discretion of the Court.

For all the reasons above, Design Standards requests that the Court grant this Motion and allow Plaintiff until September 1, 2020 to respond to Plaintiff's Complaint, rather than the current deadline of July 15, 2020.

## CERTIFICATION UNDER 7.1(a)(2)

The undersigned counsel certifies that counsel for Design Standards Corporation reached out via electronic mail and telephone to counsel for Plaintiff on July 13, 2020 to request assent to this motion and counsel for Plaintiff was only willing to assent to a fifteen (15) day extension, therefore Plaintiff does not assent to this request.

Date: July 13, 2020

Respectfully submitted by,
Attorneys for Defendant
DESIGN STANDARDS CORPORATION

/s/ Brendan M. Shortell
Brendan M. Shortell (BBO# 675851)
Gary E. Lambert (BBO# 548303)
Lambert & Associates
92 State Street, Suite 200
Boston, MA 02109
Telephone: 617.720.0091
Facsimile: 617.720.6307
Shortell@lambertpatentlaw.com
Lambert@lambertpatentlaw.com

## **CERTIFICATE OF SERVICE**

I certify that I served the foregoing on counsel of record through the Court's ECF system on July 13, 2020.

/s/ Brendan M. Shortell